1  Shaun Setareh (SBN 204514)
       shaun@setarehlaw.com
2  H. Scott Leviant (SBN 200834)
       scott@setarehlaw.com
3  **SETAREH LAW GROUP**
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, California 90212
   Telephone:    (310) 888-7771
5  Facsimile:    (310) 888-0109

6  Attorneys for Plaintiff
   JOHNNY ESPARZA
7
   Rod M. Fliegel (SBN 168289)
8      rfliegel@littler.com
   Alison S. Hightower (SBN 112429)
9      ahightower@littler.com
   Kurt R. Bockes (SBN 171647)
10 **LITTLER MENDELSON, P.C.**
   333 Bush Street, 34th Floor
11 San Francisco, California 94104
   Telephone:    (415) 433-1940
12 Facsimile:    (415) 399-8490

13 Attorneys for Defendants MARYLAND
   MARKETSOURCE, INC., ALLEGIS GROUP,
14 INC., and ALLEGIS GROUP HOLDINGS,
   INC.

15

16
                   UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19

| | |
|---|---|
| JOHNNY ESPARZA, on behalf of himself, all others similarly situated,<br><br>     *Plaintiff*,<br><br>vs.<br><br>MARYLAND MARKETSOURCE, INC., a Maryland corporation; ALLEGIS GROUP, INC., a Maryland corporation; ALLEGIS GROUP HOLDINGS, INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>     *Defendants*. | Case No. 3:18-cv-02971-EMC<br><br>Assigned For All Purposes to the Honorable Edward M. Chen, Courtroom 5<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE, COURT HEARING AND RELATED DEADLINES; [PROP~~OS~~ED] ORDER** (modified)<br><br><br>Action Filed: April 12, 2018 |

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiff JOHNNY ESPARZA ("Plaintiff"), and Defendants MARYLAND MARKETSOURCE, INC., ALLEGIS GROUP INC., and ALLEGIS GROUP HOLDINGS, INC. ("Defendants") ("collectively with Plaintiff the "Parties"), through their respective counsel of record, seeking modified briefing schedules for Motion to Dismiss and Motion to Transfer Venue, a continuance of the hearing, and a stay on discovery pending resolution of these motions.

WHEREAS, on April 12, 2018, Plaintiff filed this lawsuit in the San Mateo Superior Court alleging Defendants' various state and federal violations pertaining to pre-employment background checks and California wage and hour laws;

WHEREAS, on May 22, 2018, Defendants removed the action to this Court;

WHEREAS, on August 2, 2018, Defendants filed Motion to Dismiss (Dkt. # 19) and Motion to Transfer Venue (Dkt. # 20);

WHEREAS, the hearing on both motions is currently scheduled for September 13, 2018, at 1:30 p.m. (Dkt. #23);

WHEREAS, pursuant to Federal Civil Procedure Rule 6(d) and Northern District Rule 7-3(a), Plaintiff's opposition papers for both motions must be filed no later than August 16, 2018;

WHEREAS, pursuant to Federal Civil Procedure Rule 6(d) and Northern District Rule 7-3(c), Defendants' reply papers to Plaintiff's opposition papers for both motions must be filed no later than August 23, 2018;

WHEREAS, the Parties reached an agreement that Plaintiff will have until August 27, 2018, to file his Opposition to Motion to Dismiss and Motion to Transfer Venue and Defendants will have until September 13, 2018 to file their Reply to Plaintiff's Opposition to Motion to Dismiss and Motion to Transfer Venue;

WHEREAS, the Parties also reached an agreement, with the Court's permission, to continue the hearing date for both motions to September 27, 2018 at 1:30 p.m.;

WHEREAS, the Parties agree to request that if the Court sets the hearing on the Motions for a date after September 27, 2018, that the Court continue the October 25, 2018 Scheduling

Conference until a date after resolution of the Motions, and the Parties further agree not to serve written discovery or to notice any depositions pending rescheduling of that Scheduling Conference.

WHEREAS, in light of the above, the Parties have agreed to enter into a Stipulation that will seek an Order to continue the deadlines to file an Opposition to Motion to Dismiss and Motion to Transfer Venue, Reply to Opposition to Motion to Dismiss and Motion to Transfer Venue, and continue the hearing on both motions and defer discovery and the Scheduling Conference until after the motions are resolved;

WHEREAS, the Parties have agreed that, except as otherwise stated, nothing in this Stipulation shall operate as a waiver of any rights they may have in this action.

THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Parties enter into a Stipulation respectfully seeking an Order to continue the deadlines and hearing as follow:

   1. Plaintiff's Opposition to Motion to Dismiss from August 16, 2018, to August 27, 2018;
   2. Plaintiff's Opposition to Motion to Transfer Venue from August 16, 2018, to August 27, 2018;
   3. Defendants' Reply to Opposition to Motion to Dismiss from August 23, 2018, to September 13, 2018;
   4. Defendants' Reply to Opposition to Motion to Transfer Venue from August 23, 2018, to September 13, 2018;
   5. Hearing for Motion to Dismiss and Motion to Transfer Venue from September 13, 2018, to September 27, 2018, or a date thereafter most convenient for the Court;

2. Should the Court set the hearing on the Motion to Dismiss and Motion to Transfer Venue later than September 27, 2018, to request that the Court defer the Scheduling Conference and the associated Rule 26(f) deadlines in order to obtain rulings on these motions prior to engaging in their Rule 26(f) conference;

3. To defer discovery, including noticing of depositions and written discovery, until after the Court resolves the pending Motions to Dismiss and to Transfer Venue; and

4. Except as otherwise stated, nothing in this Stipulation shall operate as a waiver of any rights that either Plaintiff or Defendants may have in this action.

| | | |
|---|---|---|
| DATED: August 15, 2018 | | SETAREH LAW GROUP |

*/s/* Shaun Setareh
SHAUN SETAREH
H. SCOTT LEVIANT

Attorneys for Plaintiff
JOHNNY ESPARZA

DATED: August 15, 2018                    LITTLER MENDELSON, P.C.


/s/ Kurt R. Bockes
ROD M. FLIEGEL
ALISON S. HIGHTOWER
KURT R. BOCKES

Attorneys for Defendants MARYLAND
MARKETSOURCE, INC., ALLEGIS GROUP, INC.,
and ALLEGIS GROUP HOLDINGS, INC.

Case No. 3:18-cv-02971-EMC        3        *Esparza v. Maryland Marketsource, Inc.*
STIPULATION TO CONTINUE DEADLINES; [PROPOSED] ORDER

# **ATTESTATON OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

<u>/s/ Shaun Setareh</u>
SHAUN SETAREH
H. SCOTT LEVIANT

Attorneys for Plaintiff
JOHNNY ESPARZA

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 3 | Having considered the Stipulation between the Parties, and good cause appearing therefore, this |
| 4 | Court hereby grants the stipulation to extend deadlines. |
| 5 | This Court hereby ORDERS: |

1. Plaintiff shall file Opposition to Motion to Dismiss by August 27, 2018;
2. Plaintiff shall file Opposition to Motion to Transfer Venue by August 27, 2018;
3. Defendants' shall file their Reply to Opposition to Motion to Dismiss by September 13, 2018;
4. Defendants' shall file their Reply to Opposition to Motion to Transfer Venue by September 13, 2018;
5. The Hearing on the Motion to Dismiss and Motion to Transfer Venue is hereby set for ~~September 27, 2018, at 1:30 p.m.~~ or [__Oct. 25, 2018__ at 1:30 p.m.].
6. [Should the Court schedule the hearing for later than September 27, 2018], the Court hereby vacates the October 25, 2018 Scheduling Conference and reschedules it for __Nov. 15__, 2018 at __9:00 a.m.__ ~~p.m.~~ The parties shall file their Rule 26(f) Report seven days in advance of that Conference.

IT IS SO ORDERED.

DATED: August __17__, 2018



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
United States District Judge

Case No. 3:18-cv-02971-EMC        5        *Esparza v. Maryland Marketsource, Inc.*
STIPULATION TO CONTINUE DEADLINES; [PROPOSED] ORDER

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 15TH day of August, 2018, a true and correct copy of the foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

          /s/ Shaun Setareh
SHAUN SETAREH
H. SCOTT LEVIANT

Attorneys for Plaintiff
JOHNNY ESPARZA

Firmwide:156510726.1 090024.1004

Case No. 3:18-cv-02971-EMC     6     *Esparza v. Maryland Marketsource, Inc.*
STIPULATION TO CONTINUE DEADLINES; [PROPOSED] ORDER